IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

**v.**                                                               **No. 14-cv-0957 RB/SMV**
                                                                                 **12-cr-2903 RB**

**CHRISTOPHER A. APALATEGUI,**

    **Defendant/Petitioner.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 11; CR Doc. 55[1]] ("PF&RD"), issued on May 4, 2015. On reference by the undersigned, the Honorable Stephan M. Vidmar, United States Magistrate Judge, reviewed Defendant/Petitioner Christopher A. Apalategui's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence . . . [CV Doc. 1, CR Doc. 44] ("§ 2255 Motion"). PF&RD [CV Doc. 11; CR Doc. 55]. Judge Vidmar found Petitioner's claims were without merit. *See generally id.* at 3–16 (addressing the merits of all claims). Accordingly, Judge Vidmar recommended that the Court deny the claims raised in the § 2255 Motion and dismiss the case with prejudice. *Id.* at 16. No party has filed objections to the PF&RD, and the time for objecting has passed.

---

[1] References that begin with "CV" are to case number 14-cv-0957 RB/SMV. References that begin with "CR" are to the underlying criminal case, 12-cr-2903 RB.

**IT IS THEREFORE ORDERED, ADJDUGED, AND DECREED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [CV Doc. 11; CR Doc. 55] are **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant/Petitioner Christopher A. Apalategui's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence . . . [CV Doc. 1, CR Doc. 44] is **DENIED**, and the case **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

_____
**ROBERT C. BRACK**
**United States District Judge**