IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER ALBERT APALATEGUI,

    Petitioner,

v.                          No.   2:17-CV-00755-RB-KRS
                                   2:12-CR-02903-RB-KRS

UNITED STATES OF AMERICA,

    Respondent.

**ORDER GRANTING JOINT MOTION TO AMEND BRIEFING SCHEDULE**

**THIS MATTER** comes before the Court upon the parties' Joint Motion to Amend Briefing Schedule on Defendant's Amended Motion Under 28 U.S.C. § 2255, filed August 1, 2017. The Court, being fully advised in the premises, FINDS and CONCLUDES that the motion is well-taken and should be granted.

**IT IS, THEREFORE, ORDERED** that the briefing deadlines shall be amended as follows:

1. The deadline for Petitioner to file a memorandum of law in support of his Amended Motion shall be **August 18, 2017**.

2. The deadline for Respondent to answer Petitioner's Amended Motion shall be **September 20, 2017**.

3. The deadline for Petitioner to file a reply brief, if any, shall be **October 2, 2017**.

                                                                         _____
                                                                         KEVIN R. SWEAZEA
                                                                         UNITED STATES MAGISTRATE JUDGE